No. 584.  CRANE-JOHNSON COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE.  March 25, 1940.  The motion for leave to file petition for rehearing is granted.  The petition for rehearing is also granted.  The order denying certiorari, 308 U. S. 627, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is granted.  *Mr. John E.*

*Hughes* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.